UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY BENZON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-02582 |
| § | |
| NATIONAL OILWELL VARCO, LP, § | |
| § | |
| Defendant. § | |

## ORDER

The Court, having considered Plaintiff's Motion for Conditional Certification and for Notice to Potential Class Members (Dkt. #22), Defendant's Response (Dkt. #23), oral arguments of counsel on June 18, 2015, and the relevant case law on the matter, hereby **GRANTS** Plaintiff's Motion. Accordingly, the Court hereby **CERTIFIES** the following class for purposes of notice and discovery:

> **All current and former oil field service technician employees of NOV employed within three (3) years of the date of this Order, who were paid hourly and received a non-discretionary bonus, i.e., a Rig Bonus, Rig Pay, Safety Bonus, Retention Bonus or the like ("Putative Class Members").**

Defendant is hereby prohibited from communicating directly or indirectly, with any Putative Class Members about any matters which touch or concern the settlement of any outstanding wage claims, or other matters related to this suit, during the opt-in period. Defendant shall instruct all of its managers of the requirements of this Order. This Order shall not restrict Defendant from discussing with any Putative Class Member matters that arise in the normal course of business.

It is so **ORDERED**.

JUN 1 8 2015
Date

The Honorable Alfred H. Bennett
United States District Judge